Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
для
District of

Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 18 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Jenario Reed

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See Attached
~~[redacted]~~
Dustin Ray
M. Pryor
Charles McNeal

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:23-cv-111-DCB-FKB
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jenario Reed
All other names by which you have been known:
ID Number: 117425
Current Institution: Walnut Grove Corr. Facility
Address: 1650 - MS 492
Walnut Grove, MS 39189
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dustin Rap
Job or Title *(if known)*: Corrections Officer - Security
Shield Number: Unknown
Employer: MDOC
Address: 1650 - MS 492
Walnut Grove, MS 39189
City / State / Zip Code
[x] Individual capacity   [x] Official capacity

Defendant No. 2
Name: M. Pryor
Job or Title *(if known)*: CO I
Shield Number: 420 10873
Employer: MDOC
Address: 1650 - MS 492
Walnut Grove, MS 39189
City / State / Zip Code
[x] Individual capacity   [x] Official capacity

Defendant

M. Pryor - CO-1
Sheild no. 420-10873

---

Dustin Ray
Correctional officer - security
Position unknown

---

Charles Mc Neac
deputy warden

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name: CHARLES MCNEAL
    Job or Title (if known): Deputy Warden
    Shield Number: Unknown
    Employer: MDOC
    Address: 1650 - MS 492
    Walnut Grove    MS    39189
    City    State    Zip Code
    [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name:
    Job or Title (if known):
    Shield Number:
    Employer:
    Address:
    _____    _____    _____
    City    State    Zip Code
    [✓] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    [✓] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    8th Admendment / Cruel & Unusal punishment, Excess use of force

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**8th Amendment / Color of State**

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Walnut Grove Corr Facility in the Medical ISO #4 "Review Camera" that's the second incident where Dustin Ray and several officers of the Caucasian decent beat and kicked me in the face for no reason in in a Non-Lethal position as stated by MDOC's S.O.P.

First incident with deputy warden McNeal happen in medical hallway as well as MAC Hallway in front of Central Control "View Camera" Excess use of force while in restraints an in a Non-lethal position

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

first incident - 7-26-2023 About 18:45 - 19:30

Second incident - 11-30-2023 - Between 9-10:30 p.m

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

On 7-26-23 deputy warden McNeak choked me while in restraints, I went to a none lethal position while dropping to knees as stated by mdoc s.op and he continued to use excess use of force until other officers got him off me. And Again in the hallway outside of the kitchen *Continued See Attached*

On 11-30-2023 Dustin Ray and several other caucasian jumped on me kicked me in the face and beat me while laying face down in walnut grove ISU #4 In medical dont know all officers names but they have Aryan Brotherhood tattoos on them as well. I passed dustin Ray in the hallway and you could see the hatred in his eyes after I got in 1504 facedown he Dustin Ray comes in Gave the gun to another officer commence to choking me while on stomach then went to punching and kicking me

V. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Back problem, busted chin an lip Nurse Rogers and other Nurse never did a body sheet only came back later that nite and got My vital signs. Still suffering from swollen back can barely walk in severe pain.

VI. Relief
State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To Review camera footage and to the discretion of courts employees after reviewing footage $25,000 for pain & suffering, mental Anguish, and racial discrimination, to fire or punish involved parties scared they may retaliate as their are other Aryan Brotherhood affiliates in prison as well as well as cruel & unusal punshiments

Seeking $25,000 for each incident for a total of $50,000 for punitive damages an pain & suffering As well as criminal charges Be press to the extent of the rico Act Because of their involvement with the Aryan Brotherhood

Continuation of PAGE 5-of 11
Question D:

M. pryor while in restraints After MENEAL had to be taken off of me by officers Allison and Rodriguez And was starting to be re-escorted to Housing unit 6 which is A SMU (Special Management Unit) he began to forcefully pull An push and handle me while restrainted for no Apparent reason. I Am A victim of Racial discrimination that I feel is stemming from my charge where All that took place on 7-26-2023. End of first Inident

PAGE 5-of 11

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Walnut Grove Corr Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

SMCI as well as sent one to Commissioner Burl Cain & outside Agency such as Southern poverty Law, ACLU, NAACP & VP Kamala Harris

2. What did you claim in your grievance?

That I was beaten And subjected to racial discrimination By white supremacy officers that Cameras can prove and they have tattoos on them to the extent as well. And I fear for my life of more Retaliation, while in a non-combative position

3. What was the result, if any?

Never heard Anything, prison Mail official At Walnut Grove & Legal Assist.free officers Are Negligent with Mail whereas "I have other inmates Mail and Legal paperwork given to me by the Mail authority" which is A federal violation

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I wrote ARPs several, Never heard Anything don't know if process is complete or not Just recently sent paperwork to commissioner Burl Cain on incidents have Mail Logs to prove I did my part. Also wrote Southern poverty Law Center, ACLU & NAACP About the foresaid Matter, As of today Never heard Anything from the grievance process.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

  wArden Jones - wArden cArter -
  deputy or AssAsitAnce superfendent George Rembrant
  014ford wArnut NAme Unknown
  and thats on the complAins of Nov 30th which is the
  Second Incident I wAs AssAulted on As well As 7-26-23 first incident

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-9-2023

Signature of Plaintiff: Jenario Reed
Printed Name of Plaintiff: Jenario Reed
Prison Identification #: 117425
Prison Address: 1650 - MS 492
Walnut Grove, MS 39189

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____